UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-CR-187-T-27AEP

SELENA BLANCHARD

_____/

**O R D E R**

**BEFORE THE COURT** is Selena Blanchard's correspondence signed July 1, 2019, which is construed as a motion for leave to file an untimely motion under 28 U.S.C. § 2255 and for an extension of time to file such a motion (Dkt. 343). Judgment in her criminal case was entered on January 30, 2014, and the mandate affirming her conviction was entered on May 29, 2015 (Dkt. 284); *United States v. Cooper, et al.*, 608 F. App'x 764 (11th Cir. 2015). Her conviction became final 90 days later on August 29, 2015, when the time to file for certiorari review in the United States Supreme Court expired.

Blanchard has not filed a substantive motion under § 2255. And she does not articulate any claim for relief in her correspondence, nor an explanation for why she could not have filed a timely § 2255 motion. Accordingly, this court lacks jurisdiction to consider her request to file an untimely § 2255 motion and for an extension of time to file the motion. See *Swichkow v. United States*, 565 F. App'x 840, 844 (11th Cir. 2014). Her construed motion is therefore DENIED.

**DONE AND ORDERED** this 29th day of July, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copy to: Defendant, Counsel of Record